470 A.2d 1032

Commonwealth v. Prentice, Appellant.

Submitted October 7, 1983.   Douglas M. Johnson, Public Defender, for

appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.